### SLAYDON v. STATE. (No. 12515.)

Court of Criminal Appeals of Texas. May 15, 1929.

D. W. Burkhalter, of Dallas, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J. Swindling is the offense; punishment fixed at confinement in the county jail for a period of 30 days.

There is no statement touching the evidence that was heard upon the trial. There are some bills of exceptions, but in the absence of a statement of facts this court is unable to determine whether the bills are meritorious.

The judgment is affirmed.